**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on September 20, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Yersson Disla

Case Number: 17-27173 (SLM)

Hearing Date: _____

Judge: Stacey L. Meisel

Chapter: 7

Recommended Local Form: ☒ Followed  ☐ Modified

# ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 20, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to ___10/20/2017___.

☐ Denied.

*rev.8/1/15*