UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
DISLA, YERSSON

Case No.: 17-27173 (SLM)  
Chapter: 7  
Judge: STACEY L. MEISEL

**NOTICE OF PROPOSED ABANDONMENT**

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable STACEY L. MEISEL on DECEMBER 19, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 431 Bramhall Avenue<br>Jersey City, NJ 07304<br><br>Current Market Value: $554,564.00 |
|---|---|

| Liens on property: | $674,736.00 |
|---|---|

| Amount of equity claimed as exempt: | $23,675.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME: <u>/s/Jay L. Lubetkin, Chapter 7 Trustee</u>  
FIRM NAME: <u>Rabinowitz, Lubetkin & Tully, L.L.C.</u>  
ADDRESS: <u>293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039</u>  
TELEPHONE NO: <u>(973) 597-9100</u>  
SUBMITTED BY: <u>Jay L. Lubetkin</u>   POSITION: <u>Chapter 7 Trustee</u>   PHON<u>E: (973)597-9100</u>  
DATED: <u>November 15, 2017</u>

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                   Case No. 17-27173-SLM
Yersson Disla                                                            Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 1                  Date Rcvd: Nov 16, 2017
                              Form ID: pdf905             Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db             +Yersson Disla,    431 Bramhall Ave.,    1st Floor,    Jersey City, NJ 07304-2708
cr             +JDRMDBP & PB LLC,    408 Main Street,    Suite 502,    Boonton, NJ   07005,
                 UNITED STATES 07005-3701
cr             +KML Law Group,    431 Bramhall Ave,    Jersey City, NJ 07304-2708
517027456      +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
517027459      +American Airlines Fcu,    Po Box 619001,    Dfw Airport, TX 75261-9001
517027462      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517027463      +Snap On Crdt,    Attn: Bankruptcy,    950 Technology Way  Suite 301,
                 Libertyville, IL 60048-5339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2017 21:40:06      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2017 21:40:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517027457      +E-mail/Text: aacbankruptcynotice@affiliated.org Nov 16 2017 21:40:12
                 Affiliated Acceptance Corp,    14443 N State Highway 5,    Sunrise Beach, MO 65079-6983
517027458      +E-mail/Text: ally@ebn.phinsolutions.com Nov 16 2017 21:39:59      Ally Financial,
                 Po Box 380901,   Bloomington, MN 55438-0901
517027461      +Fax: 407-737-5634 Nov 16 2017 22:16:29      Ocwen Loan Sevicing Llc,    Attn: Research Dept,
                 1661 Worthington Rd   Ste 100,    West Palm Beach, FL 33409-6493
517027464       E-mail/Text: bankruptcy@td.com Nov 16 2017 21:40:07      Td Banknorth,    Po Box 1190,
                 Lewiston, ME 04243
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517027460       Local 804 Fcu
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    JDRMDBP & PB LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Paola D. Vera    on behalf of Debtor Yersson   Disla pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```