UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: JDRMDBP & PB LLC

In Re:

Yersson Disla,

        Debtor.

**Order Filed on November 27, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No:    17-27173-SLM

Chapter: 7

Judge:  Stacey L. Meisel

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 27, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:              Yersson Disla
Case No.:            17-27173-SLM
Caption:             **ORDER VACATING AUTOMATIC STAY**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, JDRMDBP & PB LLC, upon a motion to vacate the automatic stay as to real property known as 431 Bramhall Avenue, Jersey City, NJ 07304,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to 431 Bramhall Avenue, Jersey City, NJ 07304 hereby vacated as of November 27, 2017 to permit Secured Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursued its rights in 431 Bramhall Avenue, Jersey City, NJ 07304; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the 14-day stay of rule 4001(a)(3) shall not take effect and relief shall be effective on November 27, 2017; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor, its successors or assigns, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives.  Additionally, any purchaser of the property at Sheriff's Sale or their assign, may take any legal action for enforcement of its right to possession of the property; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the bankruptcy code; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the Movant shall serve this order on the Debtor and Trustee when entered.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-27173-SLM
Yersson Disla                                                             Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Nov 28, 2017
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
db              +Yersson Disla,    431 Bramhall Ave.,   1st Floor,   Jersey City, NJ 07304-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Wilmington Savings Fund Society, FSB, et al
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   JDRMDBP & PB LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Jay L. Lubetkin    jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com,
          rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
          NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          Paola D. Vera    on behalf of Debtor Yersson   Disla pvera@cabanillaslaw.com,
          bankruptcy@cabanillaslaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6